Filed 10/19/20  Marriage of Cunningham CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| In re Marriage of JENNIFER and JOHN PAUL CUNNINGHAM. | 2d Civil No. B300655 (Super. Ct. No. D372438) (Ventura County) |
| JENNIFER CUNNINGHAM, Appellant, v. JOHN PAUL CUNNINGHAM, Respondent. | |

Jennifer Cunningham purports to appeal from the trial court's postjudgment order denying her request to disqualify the case evaluator and strike the custody evaluation he submitted in her dissolution action.[1]  The court denied her

---

[1] Due to inadequacies in the appellate record, we take the facts from Cunningham's opening brief.

request on March 19, 2019.  The denial was entered into the minutes, and Cunningham received a copy of it the same day. She filed her notice of appeal on September 12.

Cunningham filed her notice of appeal well outside the 60-day deadline to appeal.  (See Cal. Rules of Court, rule 8.104.)  Because she points to nothing in the record that would permit tolling or extending that deadline (see Cal Rules of Court, rules 8.108, 8.66), we have no jurisdiction to hear her appeal (*In re Marriage of Eben-King & King* (2000) 80 Cal.App.4th 92, 107-110).  It is therefore dismissed.  (Cal. Rules of Court, rule 8.104(b).)

<u>NOT TO BE PUBLISHED.</u>

TANGEMAN, J.

We concur:

GILBERT, P. J.

YEGAN, J.

2

John R. Smiley, Judge

Superior Court County of Ventura

_____

Jennifer Cunningham, in pro. per., for Appellant.

No appearance for Respondent.